to the sum of $100, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

SARAH SIDE, Respondent, v. JOSEPH SIDE, Appellant.— Order granting motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger and Carswell, JJ., concur; Scudder, J., not voting.

SAMUEL SIMAKOW, Respondent, v. MODERN INVESTMENT AND LOAN CORPORATION, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

JOHN THEOFEL, Respondent, v. JAMES BUTLER, Appellant.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur. [134 Misc. 259.]

HAROLD L. R. THOMAS, Appellant, v. ROSE EDITH DESANGES HAWKINS, as Administratrix, etc., and Another, Defendants, and FRANCIS E. DERAISMES, Respondent. (Appeal No. 1.) — Order denying plaintiff's motion to stay and enjoin summary dispossess proceedings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagerty and Seeger, JJ., concur.

HAROLD L. R. THOMAS, Appellant, v. ROSE EDITH DESANGES HAWKINS, as Administratrix, etc., of HENRY L. DESANGES, Deceased, THOMAS HALSEY FOSTER and FRANCIS E. DERAISMES, Respondents. (Appeal No. 2.) — Order denying plaintiff's motion for an examination of defendants affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

J. ROBERT THOMAS, Appellant, v. CLEMENT M. BIDDLE and LOUIS ROGELL, Respondents.— Order denying temporary injunction reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of restraining defendants from negotiating, transferring or enforcing payment of the two promissory notes, and restraining defendants from selling or otherwise disposing of the eleven shares of stock of the Tarrytown National Bank and Trust Company. We are of opinion that a sufficient case was made out to require the relief herein indicated. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

MARGARET G. TULLY, as Assignee of ELIZABETH VANGEROW, Respondent, v. WILLIAM L. HUTCHESON, as President of the United Brotherhood of Carpenters and Joiners of America, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

JOHN VIZZI, Appellant, v. ANTONIO CHIRICO and Others, Respondents. INTERBORO PERSONAL LOAN COMPANY, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CHARLES ZANZI, Also Known as CHARLES REILLY, Respondent, v. MARY F. BROWN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SOLOMON ZAUDERER, Infant, by GEORGE ZAUDERER, Guardian ad Litem, Appel-